# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROY MORGAN

NO. 2019 KW 0842

OCT 1 8 2019

---

In Re:   Roy Morgan, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 10-81-0785.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED ON THE SHOWING MADE.** After a full evidentiary
hearing, no specific items of evidence susceptible to DNA
testing were located. The ruling by this court does not
preclude another request for DNA testing if the items in
question are located.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT